United States District Court
Northern District of California

1
2
3
4         UNITED STATES DISTRICT COURT
5         NORTHERN DISTRICT OF CALIFORNIA
6
7   RICHARD SEPULVEDA,                    Case No. 20-cv-05837-SK
8           Plaintiff,
9     v.                                  **ORDER OF CONDITIONAL DISMISSAL**
10  YAZEED DAMES, et al.,
                                          Regarding Docket No. 12
11          Defendants.

12      The parties filed a notice of settlement informing the Court that the above captioned matter has been resolved and that they anticipate filing a dismissal within twenty days. In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however that if any party hereto shall certify to this Court within sixty days, with proof of service, that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated and this case shall be restored to the calendar and set for trial. If no certification is filed, after passage of sixty days, the dismissal shall be with prejudice.

   **IT IS SO ORDERED**.

Dated: November 3, 2020



SALLIE KIM
United States Magistrate Judge